# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Seabright, J. Michael | District Court - Hawaii | 05/03/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination   Date <br> ☐ Initial   ☑ Annual   ☐ Final <br> 5b. ☐ Amended Report | 01/01/2015 <br> to <br> 12/31/2015 |

**7. Chambers or Office Address**

300 Ala Moana Blvd.
Room C-435
Honolulu, HI 96850

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Vice President | �altereda |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Seabright, J. Michael | 05/03/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | State of Hawaii Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Seabright, J. Michael | 05/03/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Honolulu Federal Credit Union Accounts | A | Interest | L | T | | | | | |
| 2. State of Hawaii Deferred Compensation Plan | A | Dividend | K | T | | | | | |
| 3. Vanguard Age-Based Option: Income Portfolio (529 Plan) | | None | | | Sold | 03/02/15 | J | | |
| 4. Pershing Federated Treasury Obligations (sweep account) | A | Dividend | N | T | | | | | |
| 5. Ishares Russell 1000 Growth ETF (IWF) | A | Dividend | | | Sold (part) | 02/25/15 | J | | |
| 6. | | | | | Sold | 03/31/15 | M | E | |
| 7. Ishares Russell 1000 Value ETF (IWD) | B | Dividend | M | T | | | | | |
| 8. | | | | | Sold (part) | 02/25/15 | J | A | |
| 9. Ishares Russell 2000 Growth ETF (IWO) | A | Dividend | K | T | | | | | |
| 10. | | | | | Sold (part) | 02/25/15 | J | A | |
| 11. Ishares Russell 2000 Value ETF (IWN) | A | Dividend | K | T | | | | | |
| 12. Ishares Russell Midcap Growth ETF (IWP) | A | Dividend | K | T | | | | | |
| 13. | | | | | Sold (part) | 02/25/15 | J | A | |
| 14. Ishares Russell Midcap Value ETF (IWS) | A | Dividend | K | T | | | | | |
| 15. | | | | | Sold (part) | 02/25/15 | J | A | |
| 16. SPDR Barclays Capital High Yield (JNK) | A | Dividend | | | Sold | 02/25/15 | K | | |
| 17. SPDR Barclays Capital International (BWX) | A | Dividend | | | Sold | 02/25/15 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Vanguard FTSE Developed Markets (VEA) | | None | | | Sold | 02/25/15 | M | C | |
| 19. Vanguard FTSE Emerging Markets (VWO) | | None | | | Sold | 02/25/15 | K | B | |
| 20. Vanguard Short Term Bond (BSV) | A | Dividend | | | Buy (add'l) | 02/25/15 | J | | |
| 21. | | | | | Sold | 03/25/15 | L | A | |
| 22. Vanguarde Total Bond Market (BND) | B | Dividend | | | Buy (add'l) | 02/25/15 | J | | |
| 23. | | | | | Sold | 03/25/15 | J | B | |
| 24. Vanguard Total Int'l Bond Fund (BNDX) | A | Dividend | | | Buy | 02/25/15 | J | | |
| 25. | | | | | Sold | 03/25/15 | J | A | |
| 26. Invesco Premier Inst (IPPXX) | A | Dividend | | | Buy (add'l) | 02/25/15 | J | | |
| 27. | | | | | Sold | 04/22/15 | K | | |
| 28. Putman Capital Spectrum C (IRA) (PVSCX) | | None | | | Sold | 03/06/15 | L | D | |
| 29. Blackrock Global Allocation C (IRA) (MCLOX) | | None | | | Sold | 03/16/15 | J | | |
| 30. Morgan Stanley Cash Account (X) | A | Dividend | | | Sold | 03/16/15 | M | | |
| 31. Acadia Pharmaceuticals, Inc. (ACAD) | | None | J | T | Buy | 11/25/15 | J | | |
| 32. Arlington Asset Investment Corp. (AI) | A | Dividend | | | Buy | 03/25/15 | K | | |
| 33. | | | | | Sold | 05/26/15 | K | | |
| 34. Boulevard Acquisition Corp. (BLVD) | | None | | | Buy | 06/19/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Seabright, J. Michael | 05/03/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold | 07/28/15 | K | A | |
| 36. Blackstone Mortgage Trust, Inc. (BMXT) | A | Dividend | | | Buy | 04/17/15 | K | | |
| 37. | | | | | Sold | 06/30/15 | K | | |
| 38. Callaway Golf Co. (ELY) | | None | K | T | Buy | 11/25/15 | K | | |
| 39. Exterran Holdings, Inc. (EXH) | A | Dividend | | | Buy | 04/10/15 | J | | |
| 40. | | | | | Buy (add'l) | 05/07/15 | J | | |
| 41. | | | | | Sold | 07/22/15 | J | | |
| 42. FireEye Inc. (FEYE) | | None | | | Buy | 04/15/15 | K | | |
| 43. | | | | | Sold | 07/20/15 | K | B | |
| 44. Great Lakes Dredge and Dock (GLDD) | | None | | | Buy | 11/25/15 | K | | |
| 45. | | | | | Sold | 12/16/15 | K | | |
| 46. Halozyme Therapeutics, Inc. (HALO) | | None | | | Buy | 06/11/15 | K | | |
| 47. | | | | | Sold | 09/29/15 | J | | |
| 48. Hansen Medical, Inc. (HNSN) | | None | | | Buy | 06/22/15 | J | | |
| 49. | | | | | Sold | 09/29/15 | J | | |
| 50. IShares High Yield Corporate Bond (HYG) | A | Dividend | | | Buy | 02/25/15 | K | | |
| 51. | | | | | Sold | 04/10/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Seabright, J. Michael | 05/03/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. IShares Core MSCI EAFE (IEFA) | B | Dividend | | | Buy | 02/25/15 | M | | |
| 53. | | | | | Sold (part) | 04/22/15 | K | | |
| 54. | | | | | Sold | 12/28/15 | L | | |
| 55. IShares Core MSCI Emerging Markets (IEMG) | | None | | | Buy | 02/25/15 | K | | |
| 56. | | | | | Sold | 04/15/15 | K | B | |
| 57. Nuveen Preferred Income Opportunities (JPC) | B | Dividend | J | T | Buy | 03/25/15 | K | | |
| 58. | | | | | Buy (add'l) | 05/07/15 | J | | |
| 59. | | | | | Sold (part) | 12/28/15 | K | | |
| 60. Kohl's Corporation (KSS) | | None | | | Buy | 03/31/15 | K | | |
| 61. | | | | | Sold | 04/17/15 | K | | |
| 62. Netflix, Inc. (NFLX) | | None | | | Buy | 08/04/15 | K | | |
| 63. | | | | | Sold (part) | 08/05/15 | J | A | |
| 64. | | | | | Sold | 08/07/15 | J | A | |
| 65. | | | | | Buy (add'l) | 08/14/15 | K | | |
| 66. | | | | | Sold | 08/20/15 | K | | |
| 67. Plains All American (PAA) | | None | | | Buy | 06/11/15 | K | | |
| 68. | | | | | Sold | 07/28/15 | K | B | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Seabright, J. Michael | 05/03/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Par Pacific Holdings, Inc. (PARR) | | None | L | T | Buy | 03/15/15 | K | | |
| 70. | | | | | Buy (add'l) | 08/07/15 | K | | |
| 71. Picira Pharmaceuticals Inc. (PCRX) | | None | | | Buy | 09/14/15 | K | | |
| 72. | | | | | Sold | 09/23/15 | K | | |
| 73. PowerShare Buyback Achievers Fund (PKW) | | None | M | T | Buy | 06/22/15 | M | | |
| 74. | | | | | Buy (add'l) | 06/29/15 | K | | |
| 75. | | | | | Buy (add'l) | 10/15/15 | M | | |
| 76. | | | | | Sold (part) | 10/02/15 | M | E | |
| 77. SPDR S&P 500 ETF (SPY) | | None | M | T | Buy | 08/30/15 | M | | |
| 78. | | | | | Sold (part) | 10/02/15 | K | D | |
| 79. | | | | | Buy (add'l) | 10/15/15 | K | | |
| 80. Silver Bay Realty Trust Corp (SBY) | A | Dividend | | | Buy | 04/15/15 | K | | |
| 81. | | | | | Buy (add'l) | 04/21/15 | J | | |
| 82. | | | | | Sold | 09/16/15 | K | A | |
| 83. Sarepta Therapeutics, Inc. (SRPT) | | None | K | T | Buy | 06/11/15 | K | | |
| 84. | | | | | Buy (add'l) | 10/06/15 | J | | |
| 85. | | | | | Sold (part) | 11/25/15 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Seabright, J. Michael | 05/03/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Del Taco Restaurants Warrant fka Levy Acquisition (TACOW) | | None | J | T | Buy | 04/01/15 | J | | |
| 87. | | | | | Buy (add'l) | 04/21/15 | J | | |
| 88. | | | | | Buy (add'l) | 11/25/15 | J | | |
| 89. | | | | | Sold (part) | 12/30/15 | J | | |
| 90. TrovaGene, Inc. (TROV) | | None | | | Buy | 07/22/15 | K | | |
| 91. | | | | | Sold | 07/27/15 | K | | |
| 92. TeleTech Holdings, Inc. (TTEC) | A | Dividend | K | T | Buy | 06/19/15 | K | | |
| 93. Twitter, Inc. | | None | | | Buy | 08/14/15 | K | | |
| 94. | | | | | Sold (part) | 08/20/15 | K | | |
| 95. | | | | | Buy (add'l) | 08/28/15 | J | | |
| 96. | | | | | Sold | 10/01/15 | K | | |
| 97. World Acceptance Corp. (WRLD) | | None | | | Buy | 03/30/15 | J | | |
| 98. | | | | | Sold | 04/30/15 | J | | |
| 99. Property Located in Honolulu, HI (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$50,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Seabright, J. Michael | 05/03/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ J. Michael Seabright**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544